1  RICK L. SHACKELFORD (SBN 151262)
   DANIELL K. NEWMAN (SBN 242834)
2  GREENBERG TAURIG, LLP
   2450 Colorado Avenue, Suite 400E
3  Santa Monica, California  90404
   Tel: (310) 586-7700; Fax: (310) 586-7800
4  E-mail: *ShackelfordR@gtlaw.com*
   E-mail: *NewmanDK@gtlaw.com*
5

6  Attorneys for Defendant,
   Ocean Spray Cranberries, Inc.
7

**IT IS SO ORDERED**
*Judge Edward J. Davila*
8/2/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOELLE MAJOR, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>OCEAN SPRAY CRANBERRIES, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>　　　　　Defendant. | Case No. CV12-03067 EJD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**<br><br>**[L.R.8-3]**<br><br>Complaint Served:　July 14, 2012<br>Current Response Date:　August 3, 2012<br>New Response Date:　August 24, 2012<br><br><br>Complaint Filed:　　June 14, 2012<br>Trial Date:　　　　　None Set |

*Stipulation To Extend Time to Respond to Initial Complaint*
*CV-12-03067-HRL*
LA130,393,656

WHEREAS, the Complaint herein was filed on June 14, 2012 and was served on Defendant OCEAN SPRAY CRANBERRIES, INC., ("Ocean Spray" or "Defendant"), through its statutory agent for service of process on or about July 14, 2012;

WHEREAS, under Federal Rules of Civil Procedure 12 (governing the time to serve an answer) and Federal Rules of Civil Procedure 6 (governing the computation of time), Defendant must respond to the Complaint by August 3, 2012;

WHEREAS, Defendant intends to respond to the Complaint; and

WHEREAS, this is the first stipulation regarding an extension of time to the Complaint;

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant that Defendant may have an extension of time to and including August 24, 2012.

DATED:  July 30, 2012                    GREENBERG TRAURIG, LLP

                                         By:   //S//:  Rick L. Shackelford
                                               Rick L. Shackelford
                                               Attorneys for Defendant,
                                               Ocean Spray Cranberries, Inc.

DATED:  July 30, 2012                    PRATT & ASSOCIATES

                                         By:   //S//: Ben . F. Pierce Gore
                                               Ben F. Pierce Gore
                                               Attorney for Plaintiff

1

*Stipulation To Extend Time to Respond to Initial Complaint*
*CV-12-03067-HRL*
LA130,393,656