UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NOELLE MAJOR, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OCEAN SPRAY CRANBERRIES, INC., a Delaware corporation; and Does 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:12-CV-03067 EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERNCE** |

The above-entitled action is scheduled for a Case Management Conference on November 30, 2012. In light of Plaintiff's anticipated Motion for Class Certification, the Court finds an appearance unnecessary at this time.

Accordingly, the Case Management Conference and all other pretrial deadlines are VACATED. The court schedules a hearing on Plaintiff's anticipated Motion for Class Certification for May 3, 2013, at 9:00 a.m. Plaintiff shall file, serve and notice the motion as necessary pursuant to Civil Local Rule 7.

**IT IS SO ORDERED.**

Dated: November 26, 2012



EDWARD J. DAVILA
United States District Judge

Case No.: 5:12-CV-03067 EJD
ORDER VACATING CASE MANAGEMENT CONFERNCE