**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NOELLE MAJOR, individually and on behalf of all others similarly situated, | CASE NO. 5:12-cv-03067 EJD |
| Plaintiff(s), | **ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| OCEAN SPRAY CRANBERRIES, INC., | |
| Defendant(s). | |

Having reviewed the parties' joint statement (see Docket Item No. 70) and in light of the pending Motion for Class Certification and Motion for Summary Judgment, the court has determined a pretrial conference is premature at this time.

Accordingly, the Preliminary Pretrial Conference scheduled for April 4, 2014, is VACATED and will be rescheduled as appropriate subsequent to the court's ruling on the pending motions.

**IT IS SO ORDERED.**

Dated:  March 27, 2014

EDWARD J. DAVILA
United States District Judge