1  RICK L. SHACKELFORD (SBN 151262)
   *ShackelfordR@gtlaw.com*
2  DANIELL K. NEWMAN (SBN 242834)
   *NewmanDK@gtlaw.com*
3  GREENBERG TRAURIG, LLP
   1840 Century Park East, Suite 1900
4  Los Angeles, CA 90067-2121
   Tel: (310) 586-7700
5  Fax: (310) 586-7800

6  Attorneys for Defendant,
   OCEAN SPRAY CRANBERRIES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOELLE MAJOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OCEAN SPRAY CRANBERRIES, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendant. | Case No. CV12-03067 EJD (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT DEADLINES**<br><br>Complaint Filed:   June 14, 2012<br>Trial Date:            None Set |

1  WHEREAS, the Court entered a Case Management Order on October 1, 2013 (Dkt. #49);

2  WHEREAS, the Parties filed their respective pleadings regarding Plaintiff's Second Motion for
3  Class Certification (Dkt. #50) ("Class Certification motion");

4  WHEREAS, the Clerk gave the Parties notice that the Court has taken the Class Certification
5  motion under submission without oral argument pursuant to Civ. L. R.7-1(b) (Dkt. #67);

6  WHEREAS, the Court entered an Order Modifying Case Management Deadlines on March 10,
7  2014 (Dkt. #69);

8  WHEREAS, Defendant filed a Motion for Partial Summary Judgment (Dkt. #55), and the Clerk
9  gave the Parties notice that the Court has taken the Summary Judgment motion under submission
10 without oral argument pursuant to Civ. L. R. 7-1(b);

11 WHEREAS, to date, the Parties have completed substantial written and deposition factual
12 discovery, as well as limited expert discovery on Plaintiff's theory of class remedies in connection with
13 her class certification motion.  However, the Parties submit that, in the interests of efficiency, further
14 discovery should be completed following the ruling on Plaintiff's Class Certification motion and
15 Defendant's summary judgment motion.  In that regard, the Parties believe that the Court's rulings on
16 those motions will give the Parties substantial guidance as to the issues remaining in dispute and the
17 evidence that will be necessary to present at the time of trial or in connection with any further
18 dispositive motions.  Similarly, the Parties submit that they are unable to designate all of their respective
19 expert witnesses or complete all expert witness reports and conduct expert depositions until the Court
20 rules on the Plaintiff's Class Certification motion and the Summary Judgment motion.

21 THEREFORE, the Parties stipulate and agree to the following, subject to Court approval:

22 (1) That the current deadlines set for expert disclosures and reports, for the close of discovery,
23 and for dispositive motions, be amended as follows:

24 (2) That all fact discovery shall be COMPLETED by no later than 90 days after the Court's
25 decision on the later of the Class Certification motion or the Summary Judgment motion;

26 (3) That Plaintiff's expert reports shall be due by no later than 120 days after the Court's
27 decision on the later of the Class Certification motion or the Summary Judgment motion;

28

(4) That Defendant's expert reports shall be due by no later than 60 days after the deadline for Plaintiff's expert reports;

(5) That Plaintiff's rebuttal expert reports shall be due by no later than 30 days after Defendant's expert reports;

(6) That expert discovery shall be COMPLETED by no later than 240 days after the Court's decision on the later of the Class Certification motion or the Summary Judgment motion;

(7) That any further dispositive motions shall be filed by no later than 14 days after the close of expert discovery.

(8) In the event that any of the above-listed deadlines shall fall on a weekend or Court holiday, the effective deadline shall be the next business day.

Respectfully Submitted,

DATED: December 5, 2014            GREENBERG TRAURIG, LLP


By    /s/ Rick L. Shackelford
      Rick L. Shackelford
      Attorneys for Defendant,
      OCEAN SPRAY CRANBERRIES, INC.


DATED: December 5, 2014            PRATT & ASSOCIATES


By    /s/ Ben F. Pierce Gore
      Ben F. Pierce Gore
      Attorneys for Plaintiff,
      NOELLE MAJOR


PURSUANT TO THE PATRIES' STIPULATION, **IT IS SO ORDERED**.


DATED:  12/8/2014                  _____
                                   Hon. Edward J. Davila
                                   United States District Judge

LA 131894266v2

2
STIPULATION MODIFYING CASE MANAGEMENT DEADLINES
CV-12-03067- EJD (HRL)